UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                       Plaintiff,

-v-                                            CRIMINAL ACTION NO.: 20 CRIM. 152 (LJL)

**ORDER**

GLEN MYERS,

                       Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      On September 28, 2020, the Court conducted a bail review hearing in this matter. Defendant's conditions of pretrial release are hereby modified as follows:

(1)  Defendant will remain on home detention with electronic monitoring, but will be subject to a curfew, to be determined in consultation with his Pre-trial Services officer in the District of New Jersey ("PTS-DNJ"), to permit him to work for his uncle's business and to visit his mother's home in NYC as set forth below.

(2) Each day that Defendant leaves his home to work for his uncle's business, he must provide PTS-DNJ with his cell phone number, his uncle's cell phone number, and the location where he will be working that day.

(3)  Defendant shall be allowed to visit his mother in NYC one weekend day (Saturday or Sunday) each week, determined in consultation with PTS-DNJ.  Defendant <u>must</u> return to his home by his curfew time.

(4)  The Court will conduct a further bail review hearing to assess Defendant's compliance on **Wednesday October 28, 2020 at 2:30 pm**.  The parties are directed to call the Court's conference line, 1-866-390-1828, Passcode 3809799, at that time.

Dated:      New York, New York
            September 29, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge