UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
-v-                                :   20-CR-152-2 (LJL)
:
GLEN MYERS,                                         :   <u>ORDER</u>
:
Defendant.                      :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Defendant's application for modification of bail is denied. A Telephone Conference is scheduled in this matter for January 26, 2021 at 3:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

     SO ORDERED.

Dated: January 20, 2021
       New York, New York
                                         LEWIS J. LIMAN
                                        United States District Judge