UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,            :

                                               :

           -v-                       :           20-CR-152-2 (LJL)

                                               :

GLEN MYERS,                     :             <u>ORDER</u>

                                             :

                   Defendant.     :

                                             :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Effective immediately, as discussed during the telephone conference on January 26, 2021, the Court modifies Mr. Myers terms of release to require home incarceration enforced by location monitoring.  Mr. Myers is not permitted to leave home to work and will be on 24-hour home confinement.

      SO ORDERED.

Dated: January 26, 2021
      New York, New York                  _____
                                         LEWIS J. LIMAN
                                United States District Judge