UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
:
-v-  :   20-CR-152-2 (LJL)
:
:   ORDER
:
GLEN MYERS,  :
:
Defendant.  :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2021

LEWIS J. LIMAN, United States District Judge:

     Parties are directed to inform the Court by Friday at 5pm whether they consent to proceeding with the Sentencing scheduled for February 17, 2021 at 11:30AM remotely pursuant to the CARES act and their position regarding whether remote sentencing in this case is permissible pursuant to the CARES Act.

     SO ORDERED.

Dated: February 9, 2021
      New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge