UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
-v-                                                                :     20-CR-152-2 (LJL)
:
GLEN MYERS,                                                        :     ORDER
:
Defendant.                                                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The deadline for the Government to respond to the defendant's sentencing submission is extended to Wednesday, April 19, 2023.  The Sentencing hearing on the violations of supervised release previously set for April 18, 2023, is rescheduled to May 4, 2023 at 2:30PM in Courtroom 15C at the 500 Pearl Street Courthouse.


SO ORDERED.

Dated: April 17, 2023
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge